372 P.2d 843

**John Loye WOOD, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 7225.**

Supreme Court of New Mexico.

June 27, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the application for a speedy trial be and the same is hereby denied for the reason that the petitioner has not exhausted his remedy in the district court.